UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

    v.                                        Case No. 12-cr-27-PB

<u>Kevin Thurlow</u>

                          O R D E R


    The defendant has moved to continue the August 21, 2012

trial in the above case, citing the need for additional time to

complete extensive discovery and prepare for trial.  The

government does not object to a continuance of the trial date.

    Accordingly, for the above reason and in order to allow the

parties additional time to properly prepare for trial, the court

will continue the trial from August 21, 2012 to October 2, 2012.

In agreeing to continue the trial, the court finds pursuant to

18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons,

the ends of justice served in granting a continuance outweigh

the best interests of the public and the defendant in a speedy

trial.

The court will hold a final pretrial conference on

September 24, 2012 at 4:00 p.m.   No further continuances.

SO ORDERED.



/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 2, 2012

cc:   Jonathan Saxe, Esq.
      Helen Fitzgibbon, AUSA
      United States Marshal
      United States Probation