UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

    **v.**                                        Case No. 12-cr-27-PB

<u>Kevin Thurlow</u>

**O R D E R**

The defendant has moved to continue the October 2, 2012 trial in the above case, citing an underlying Rockingham County Superior Court case currently being tried against defendant and the need for additional time to obtain transcripts of state court witness testimony for use in preparing his defense in federal court.  The government does not object to a continuance of the trial date.

For the above reasons and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from October 2, 2012 to December 4, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh

the best interests of the public and the defendant in a speedy trial.

The September 24, 2012 final pretrial conference is continued to November 20, 2012 at 2:00 p.m.

No further continuances.

SO ORDERED.

                                                     <u>/s/Paul Barbadoro</u>
                                                     Paul Barbadoro
                                                     United States District Judge

September 19, 2012

cc:   Jonathan Saxe, Esq.
      Helen Fitzgibbon, AUSA
      United States Marshal
      United States Probation