```
                UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                       Case No. 12-cr-27-PB

**Kevin Thurlow**


### O R D E R

The defendant has moved to continue the December 4, 2012 trial in the above case, citing an underlying Rockingham County Superior Court case set for sentencing on November 28, 2012. Counsel cites the need for additional time to obtain transcripts of state court witness testimony for use in preparing his defense in federal court.  The government does not object to a continuance of the trial date.

Although the court previously indicated no further continuances, for the above reasons and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from December 4, 2013 to February 5, 2013.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance

outweigh the best interests of the public and the defendant in a speedy trial.

The November 20, 2012 final pretrial conference is continued to January 28, 2013 at 2:00 p.m. The court will not grant any further continuances in this case.

SO ORDERED.

                                            /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

November 9, 2012

cc: Jonathan Saxe, Esq.
     Helen Fitzgibbon, AUSA
     United States Marshal
     United States Probation