**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

     **v.**                              Case No. 12-cr-27-PB

<u>Kevin Thurlow</u>

**O R D E R**

The defendant has moved to continue the February 5, 2013 trial in the above case for a period of 90 days, citing the need for additional time to retain a new forensic expert to evaluate the evidence in preparation for trial.  The government does not object to a continuance of the trial date.

Although the court previously indicated no further continuances, for the above reason and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from February 5, 2013 to May 7, 2013.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The January 28, 2013 final pretrial conference is continued to April 22, 2013 at 3:00 p.m.

SO ORDERED.


/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

January 11, 2013

cc:  Jonathan Saxe, Esq.
     Helen Fitzgibbon, AUSA
     United States Marshal
     United States Probation